E. A. GIRAUD v. J. T. ROBISON, COMMISSIONER OF THE GENERAL LAND OFFICE, ET AL.

No. 1955. Decided June 2, 1909.

**School Land—Mustang Island—Application to Purchase.**

The law providing for the sale of the public domain situated on Mustang Island (Act of April 24, 1907, Laws 30th Leg., p. 320) having required a separate application for the purchase of each surveyed tract, a bidder whose application complied with the law was entitled to an award of the tract, although a higher price had been offered by one offering to purchase the same with other tracts embraced in one application. (P. 488.)

Original application to the Supreme Court by Giraud for writ of mandamus against the Commissioner of the General Land Office. J. R. Lambert, an adverse claimant of the land, was made co-respondent.

The land in question was situated upon Mustang Island and had been surveyed and offered for sale by the Land Commissioner under the Act of April 24, 1907. Giraud had made application to purchase a single tract of one acre at $26. Lambert had offered to purchase this and various other tracts embraced in his application at $32 per acre. The Land Commissioner on account of Lambert's higher bid had refused to accept relator's offer.

*Charles Rogan* and *Geo. W. Mendell, Jr.,* for relator.

*R. V. Davidson,* Attorney-General, and *Wm. E. Hawkins,* Assistant, for respondent Robison.

*I. C. Baker* and *Chambers, Hertzberg & Bennett,* for respondent, Lambert.

MR. JUSTICE WILLIAMS delivered the opinion of the court.

The mandamus applied for is granted for the reason that relator was the only bidder for the land whose application complied with the law, the co-respondent having applied, in one application, to purchase several separate tracts.

*Mandamus granted,*